IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: SUBPOENA | Case No. 2:17mj3103-TFM |
| (rose.pimpin69@gmail.com) | Filed Under Seal |

## MOTION TO SEAL

**COMES NOW** the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and Hollie Worley, Assistant United States Attorney, and requests that the Application and Order contained therein be sealed, as disclosure of the information contained therein would jeopardize an ongoing investigation.

Respectfully submitted on this 9th day of February, 2017.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

/s/ Hollie Worley
Hollie Worley
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: Hollie.Worley@usdoj.gov